board of estimate and apportionment, in making such change of grade, in all respects complied with the provisions of the City Charter. Carr, Stapleton, Mills, and Rich, JJ., concur. Jenks, P. J., not voting. Settle order before Justice Mills.

---

Lillian McCLOSKEY, an infant, etc., etc., respondent, v. John BUCKLEY and the City of New York, appellants. (Supreme Court, Appellate Division, Second Department. January 28, 1916.) Motion to substitute the administrator granted, should the parties stipulate that the order be entered nunc pro tunc as of a date prior to the hearing of the appeal, and that all subsequent proceedings and papers be amended accordingly; otherwise, motion denied without prejudice to renewal upon papers showing precisely the date of defendant's death, the date of the appointment of the administrator, and the dates of the hearing and rehearing of the appeal. Motion for leave to appeal to the Court of Appeals denied, without prejudice to renewal thereof when the administrator is substituted as an appellant.

---

Lillian McCLOSKEY, an infant, etc., respondent, v. James J. BUCKLEY, as administrator, etc., and another, appellants. (Supreme Court, Appellate Division, Second Department. March 17, 1916.) Motion granted.

---

McDERMOTT DAIRY COMPANY, respondent, v. Patrick F. BRENNAN et al., defendants; Jeannette Brennan, appellant. (Supreme Court, Appellate Division, Second Department. February 28, 1916.) The parties hereto having stipulated in open court that a justice may be substituted in place of Burr, J., deceased, Mr. Justice Carr was so substituted. Order amending judgment of foreclosure and sale, in so far as it purports to describe an undivided one-half of the lands, is reversed, but otherwise affirmed, so far as it directs the sale of all interest of the defendants John Joseph Brennan, Michael Brennan, and Jeannette Brennan, his wife, and all persons claiming under them, or either of them, with the provision excepting and reserving the lands released by the mortgagee in 1908. As thus modified, the order is affirmed without costs. Jenks, P. J., and Thomas, Carr, Rich, and Putnam, JJ., concur. Settle order before Mr. Justice Putnam.

---

Matter of Frank A. McGUIRE, Respt., v. William A. PRENDERGAST, as Comptr., Applt. (Supreme Court, Appellate Division, First Department. January 28, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

---

Margaret MACK, respondent, v. John WANAMAKER, appellant. (Supreme Court, Appellate Division, Second Department. January 19, 1916.) Motion granted, and case set down for Monday, March 6, 1916.

---

Lanier McKEE v. George H. MUNROE. (Supreme Court, Appellate Division, First Department. January 28, 1916.) Application denied, with $10 costs. Order signed.

---

Hugh T. McKENNA v. BOWERY SAVINGS BANK. (Supreme Court, Appellate Division, First Department. March 24, 1916.) Application granted. Order signed.

---

David Clinton MACKEY, appellant, v. ILLINOIS SURETY COMPANY, respondent. (Supreme Court, Appellate Division, Second Department. February 28, 1916.) The parties hereto having stipulated in open court that this case may be disposed of by a court of four, the decision is as follows: As the petition was to remove this suit to the northern district of Illinois instead of to the district where the suit is pending (Judicial Code, § 29 [Act March 3, 1911, c. 231, 36 Stat. 1095, U. S. Comp. St. 1913, § 1011]), the proceedings were unauthorized. St. John v. U. S. Fidelity & Guaranty Co. (D. C.) 213 Fed. 685; St. John v. Taintor (D. C.) 220 Fed. 457. The state court not having lost jurisdiction, the learned justice at Special Term had power to set aside and revoke his approval of this bond on removal. The order of January 29, 1915, is therefore reversed, with $10 costs and disbursements, and plaintiff's motion to set aside the approval of the bond for removal is hereby granted. Jenks, P. J., and Carr, Stapleton, and Putnam, JJ., concur.

---

Francis P. McNICHOL, as executor, etc., appellant, v. Annie E. SLINEY, respondent. (Supreme Court, Appellate Division, Second Department. January 19, 1916.) Motion for reargument denied, with $10 costs.

---

Thomas B. McNICKLE, as executor, etc., of Clara Birdsall Bynner, deceased, appellant, v. James WRIGHT and Minnie Wright, respondents, and others, defendants. (Supreme Court, Appellate Division, Second Department. January 14, 1916.) Order of the County Court of Kings County affirmed, with $10 costs and disbursements. No opinion. Jenks, P. J., and Thomas, Carr, Mills, and Rich, JJ., concur.

---

James McVEIGH, as administrator, etc., of Mary McVeigh, deceased, respondent, v. THOMAS ROULSTON, Inc., appellant. (Supreme Court, Appellate Division, Second Department. February 4, 1916.) Judgment and order unanimously affirmed, with costs. No opinion.

---

Julia W. MADDAUS and Ingo Maddaus, appellants, v. EAGLE SAVINGS & LOAN COMPANY, respondent. (Supreme Court, Appellate Division, Second Department. March 17, 1916.) Motion granted, without costs. Thomas, Stapleton, Mills, Rich, and Putnam, JJ., concur.

---

Christ MANOLIS v. Rose FEINBERG. (Supreme Court, Appellate Division, First Department. March 24, 1916.) Application denied, with $10 costs. Order signed.

---

Joseph MAPLES, as receiver, etc., of Franklin P. Roberge, respondent and appellant, v. William O'BRIEN and Mary O'Brien, appellants and respondents, impleaded, etc. (Su-

preme Court, Appellate Division, Second Department. March 17, 1916.) Judgments appealed from, both interlocutory and final, affirmed, but, as there are cross-appeals, without costs. No opinion. Jenks, P. J., and Thomas, Stapleton, Mills, and Putnam, JJ., concur.

Solomon MARCUS, an inft., Respt. v. Sonie KRINSKY and ano., Applts. (Supreme Court, Appellate Division, First Department. February 4, 1916.) Judgment and order affirmed, with costs. No opinion. Order filed.

Marcus M. MARKS, Respt., v. Louis A. ABENHEIMER, impld., Applt. (Supreme Court, Appellate Division, First Department. March 3, 1916.) Judgment affirmed, with costs. No opinion. Order filed.

In the Matter of the claim of Michelina MARTUCCI, etc., respts., v. HILLS BROS. COMPANY, employer, and Frankfort General Insurance Company, insurance carrier, applts. (Supreme Court, Appellate Division, Third Department. March 8, 1916.) Motion denied.

Charles W. MARTYNE, appellant, v. AMERICAN UNION FIRE INSURANCE COMPANY, etc., respondent. Actions, Nos. 1, 2, 3 and 4. (Supreme Court, Appellate Division, Second Department. January 19, 1916.) Motion granted, and separate orders to be entered.

Harris MARX, respondent, v. John KOVACS, appellant. (Supreme Court, Appellate Division, Second Department. March 3, 1916.) Application denied, with $10 costs.

Matter of Louis MATHOT, an attorney. (Supreme Court, Appellate Division, First Department. February 25, 1916.) Referred to official referee. Settle order on notice. Order filed.

Georgina G. MAXWELL, appellant, v. Susan G. HOGE, respondent. (Supreme Court, Appellate Division, Second Department. March 24, 1916.) Inasmuch as the case on appeal herein does not appear to have been settled, we cannot determine what should be printed, as, by general rule 34, whether exhibits in evidence shall be printed at length is to be determined by the trial judge. Motion for stay denied, with $10 costs, without prejudice to such application to the Special Term, upon giving an undertaking to secure the judgment, in favor of Susan Hoge, entered April 10, 1911.

Samuel MAYERS, Applt., v. Samuel BLOOMINGDALE et al., Respts. (Supreme Court, Appellate Division, First Department. January 28, 1916.) Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs. No opinion. Settle order on notice.

MECHANICS & METALS NAT. BANK v. Guiseppe TERMINI. (Supreme Court, Appellate Division, First Department. February 11, 1916.) Application granted on stipulation. Order signed.

Rose MEGUIN, respondent, v. Mary BUEHLER, et al., defendants; Barbara Elsenhans, etc., appellant. (Supreme Court, Appellate Division, Second Department. February 4, 1916.) Orders reversed, with $10 costs and disbursements, and motion to vacate judgment and order for service by publication granted, with $10 costs, upon the authority of McLaughlin v. McLaughlin Real Estate Co., 162 App. Div. 644, 147 N. Y. Supp. 959. Jenks, P. J., and Thomas, Stapleton, Mills, and Putnam, JJ., concur. See, also, 141 N. Y. Supp. 177.

Clara MEHRENLENDER, respondent, v. The INDEPENDENT ORDER FREE SONS OF JUDAH, appellant. (Supreme Court, Appellate Division, Second Department. January 21, 1916.) Judgment and order affirmed, with costs. The assigned error as to the variance between pleading and proof is not presented by a valid exception; the assigned error as to the competency of the witness Henschken, if error, is not prejudicial. It is immaterial what deceased said, if he was illegally suspended. Jenks, P. J., and Thomas, Stapleton, Rich, and Putnam, JJ., concur.

August G. MERLE, Respt., v. SOCIOLOGICAL RESEARCH FILM CORPORATION, impld., Applt. (Supreme Court, Appellate Division, First Department. March 10, 1916.) Order reversed, and motion granted to the extent stated in order. No opinion. Order filed.

In the Matter of John W. MERRIAM. (Supreme Court, Appellate Division, First Department. February 11, 1916.) Order reversed, and motion granted to the extent stated in order hereon. No opinion. Order filed.

Wilhelmina MEYER, otherwise known as Wilhelmina Mayo, Respt., v. Virginius St. Julian MAYO, Applt. (Supreme Court, Appellate Division, First Department. February 25, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

Max MEYER, plaintiff, v. UNITED DRESSED BEEF COMPANY, defendant. (Supreme Court, Appellate Division, Second Department. February 4, 1916.) Motion granted.

Charles MILLANG, appellant, v. John GILKINSON, respondent. (Supreme Court, Appellate Division, Second Department. February 11, 1916.) Judgment reversed, and new trial granted, costs to abide the event, upon the ground that the questions in issue should have been submitted to the jury. Jenks, P. J., and Thomas, Carr, Rich, and Putnam, JJ., concur.

Gustave M. MILLER and John E. Miller, respondents, v. EAGLE SAVINGS & LOAN COMPANY, appellant. (Supreme Court, Appellate Division, Second Department. February 11, 1916.) Reargument ordered, and case set down for Tuesday, March 7, 1916.

Charles D. MILLER, Applt., v. David LAUGHLIN, impld., Respt. (Supreme Court,